# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

)

LAWRENCE P. NOVAK,                            )

)

               Plaintiff,              )

)

      v.                                    )          Civil Action No. 11-0466 (RLW)

)

THE DEPARTMENT OF JUSTICE, *et al.*,  )

)

            Defendants.             )

_____ )

## **MEMORANDUM OPINION**

On April 27, 2012, the defendants filed a renewed motion for summary judgment [Dkt. #29]. Because a ruling on the motion potentially could dispose of this case, in its May 1, 2012 Order, the Court advised the plaintiff, among other things, of his obligation to file an opposition or other response to the motion. Further, that Order expressly warned the plaintiff that, if he failed to file his opposition by May 31, 2012, the Court would treat the motion as conceded. To date, the plaintiff neither has filed an opposition nor requested additional time to do so. The Court will treat the defendants' motion as conceded.

An Order accompanies this Memorandum Opinion.


DATE:    June 18, 2012               ROBERT L. WILKINS
                                          United States District Judge